**EVGENY SWAROVSKI SBS 242882**
**PO Box 1583**
**Running Springs, CA 92382**
**Tel: (626) 872-4252**
**Email bonproject@gmail.com**
**Attorney for defendant**
**Maria Batura**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VITALY ANAYKIN and KONSTANTIN BONDAREV** **Plaintiffs** <br><br> **v.** <br><br> **NIKOLAY EVDOKIMOV, MARIA BATURA et al** **Defendants** | **2:19-cv-08165-DSF-AFM** <br><br> **DEFENDANT MARIA BATURA's CONTENTIONS OF LAW AND FACTS PER L.R. 16.4.** |

Pursuant to Local Rule 16-4, Defendant MARIA BATURA submits her CONTENTIONS OF LAW AND FACTS. Plaintiffs and their attorneys so far have refused to participate in trial preparation in any way.

**(a) A summary statement of the claims Plaintiff has pleaded and plans to pursue.**

Plaintiffs accuse the defendant of conspiring with her former husband NIKOLAY EVODKIMOV (defaulting defendant) in committing securities violations. Defendant MARIA BATURA denies the allegations.

**(b) The elements required to establish Plaintiff's claims. The elements shall be listed separately for each claim, as found in standard jury instructions or case law.**

Best if prepared by the plaintiff.

**(c) In Plaintiff's Memorandum, a brief description of the key evidence in support of each of the claims. In Defendant's Memorandum, a brief description of the key evidence in opposition to each of the claims. The evidence should be listed separately for each claim.**

Best if prepared by the plaintiff.

**(d) A summary statement of the counterclaims and affirmative defenses Defendant has pleaded and plans to pursue.**

Defendant MARIA BATURA is not liable to the plaintiffs under any theory.

**(e) The elements required to establish Defendant's counterclaims and affirmative defenses. The elements shall be listed separately for each claim, as found, for example, in standard jury instructions or case law.**

So far, the plaintiffs produced no evidence to justify continued prosecution of the

complaint against MARIA BATURA. As such, she is not able to list affirmative defenses here

**(f) In Defendant's Memorandum, a brief description of the key evidence relied on in support of each counterclaim and affirmative defense. In Plaintiff's Memorandum, a brief description of the key evidence relied on in opposition to each counterclaim and affirmative defense. The evidence should be listed separately for each element of each counterclaim and affirmative defense.**

Defendant MARIA BATURA never benefited from any of the business ventures of her ex husband.

**(g) Similar statements for all third parties.**

None

**(h) Identification of any anticipated evidentiary issues, together with the party's position on those issues; and**

None

**(i) Identification of any issues of law, such as the proper interpretation of a governing statute, which are germane to the case, together with the party's position on those issues.**

None

Dated: 2/22/2021          Respectfully Submitted,


/S/Evgeny Swarovski


Attorney for Defendant Maria Bature

PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years, and I am not a party to the within action. My business address is PO Box 1583 Running Springs, CA 92382, and my telephone number is (626) 872-4252. I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. On the date indicated below, I served a true copy of the following document(s)

Defendant's Memorandum of Contentions of Law and Facts

BECK LAW, PC John Hanusz. Via email Email: jhanusz@markbecklaw.com

Jason Gottlieb (pro hac vice). Via email: jgottlieb@morrisoncohen.com

Modupeolu Adegoke (pro hac vice). Via email: dadegoke@morrisoncohen.com

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on 2/22/2021

 /S/

Evgeny Swarovski