# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY ANAYKIN, et al.,<br>　　Plaintiffs,<br><br>　　　　　v.<br><br>NIKOLAY EVDOKIMOV, et al.,<br>　　Defendants. | CV 19-8165 DSF (AFMx)<br><br>Order to Show Cause re Sanctions for Failure to Comply with Court Orders |

  The Court ordered the parties to file memoranda of contentions of fact and law no later than February 22, 2021[1] and to cooperate in the preparation of and to lodge a joint proposed pretrial conference order no later than March 1, 2021.  Dkt. 38.  The Court's order at docket 58 made clear that although the trial and pretrial conference dates were vacated, "[a]ll other dates remain the same."  Despite this clear statement, Plaintiffs have failed to submit the required documents, taking the position that somehow the Local Rules take precedence over this Court's specific orders.  Plaintiffs are wrong.

  Although Defendant has filed a memorandum of contentions, she has failed to lodge the proposed pretrial conference order, submitting it only to chambers email.  According to Defendant's counsel, Plaintiffs' counsel takes the similarly erroneous position that Plaintiffs need not participate in that process at this time.

  Neither side has provided any of the other documents required by the Order re Jury Trial such as witness lists, joint exhibit list, jury instructions, etc.  In addition, the parties have not complied with the

---

[1] Each party is to file a separate document.

Court's order that they provide "a proposed order containing proposed trial and pretrial conference dates" and "advise whether they will stipulate to a bench trial." That proposed order and advisement was due no later than March 3, 2021. Dkt. 58.

Plaintiffs' counsel are ordered to show cause in writing no later than March 29, 2021 why they should not be sanctioned in the amount of $750 for their failure to comply with this Court's orders. Defendant's counsel is ordered to show cause in writing no later than March 29, 2021 why he should not be sanctioned in the amount of $250 for his failure to comply with this Court's orders. Submission of all required pretrial documents and compliance with the other requirements at docket 58 no later than March 29, 2021 will be a satisfactory response to this Order to Show Cause. If the parties intend to file motions in limine, they must be filed by March 29, with any oppositions due no later than April 5, 2021.

The parties are ordered to conduct themselves more professionally in the future. Further failure to comply with this Court's rules or orders is likely to result in sanctions, which may include dismissal.

IT IS SO ORDERED.

Date: March 15, 2021

*Dale S. Fischer*
Dale S. Fischer
United States District Judge