| | |
|---|---|
| 1 | HANUSZ LAW, PC |
| 2 | John Hanusz (SBN 277367)<br>Email: john@hanuszlaw.com |
| 3 | 800 Wilshire Boulevard, Suite 1050<br>Los Angeles, California 90017 |
| 4 | Telephone: (213) 204-4200<br>BECK LAW, PC |
| 5 | MORRISON COHEN LLP |
| 6 | Jason Gottlieb (*pro hac vice*)<br>Email: jgottlieb@morrisoncohen.com |
| 7 | Modupeolu Adegoke (*pro hac vice*)<br>Email: dadegoke@morrisoncohen.com |
| 8 | 909 Third Avenue<br>New York, New York 10022 |
| 9 | Telephone: (212) 735-8600<br>Facsimile: (212) 735-8708 |

Attorneys for Plaintiffs Vitaly Anaykin and Konstantin Bondarev

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY ANAYKIN and KONSTANTIN BONDAREV,<br><br>Plaintiffs,<br><br>v.<br><br>NIKOLAY EVDOKIMOV, MARIA BATURA, and CRYPTONOMICS CAPITAL,<br><br>Defendants. | Case No. 19-CV-08165-DSF-AFM<br><br>**PLAINTIFFS VITALY ANAYKIN AND KONSTANTIN BONDAREV'S NOTION OF MOTION AND RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NIKOLAY EVDOKIMOV AND CRYPTONOMICS CAPITAL**<br><br>Date: July 12, 2021<br>Time: 1:30 p.m.<br>Courtroom 7D<br>First Amended<br>Complaint Filed: December 9, 2019 |

NOTICE OF RENEWED MOTION FOR DEFAULT JUDGMENT

PLEASE TAKE NOTICE THAT on July 12, 2021, at 1:30 p.m., or as soon thereafter as this matter may be heard by the Court, located at 350 West First Street, Los Angeles, California 90012, Courtroom 7D, Plaintiffs Vitaly Anaykin and Konstantin Bondarev ("Plaintiffs") request a hearing on their motion for default judgment against Defendants Nikolay Evdokimov and Cryptonomics Capital ("Defendants").  The clerk entered the default of Defendants on April 28, 2020.  Dkt. No. 40.  Plaintiffs previously moved for default judgment against Evdokimov, but the Court denied the motion without prejudice on account of the fact that Maria Batura, who was also a defendant at that time, had filed an answer.  Dkt. Nos. 41, 42.  Batura has since been dismissed from this matter, Dkt. No. 83, leaving Evdokimov and Cryptonomics Capital as the sole remaining defendants.

In the accompanying papers supporting this motion, and, as necessary, at the time and place of hearing, Plaintiffs will present proof of the following:

- Defendants are not minors or incompetent persons or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940;
- Defendants have not appeared in this action, and default was entered on April 28, 2020; and
- Plaintiffs are is entitled to judgment against Defendants on account of the Exchange Act, Securities Act, and fraud claims pleaded in the First Amended Complaint.

This motion is based on this notice; the attached memorandum of points and authorities; the attached declarations of Jason Gottlieb, Vitaly Anaykin, and Konstantin Bondarev; and all other pleadings, files, and other matters that may be presented at the hearing.

/ /

/ /

A proposed order is being filed concurrent with this notice.

Dated: June 11, 2021

Respectfully submitted,

MORRISON COHEN LLP

By: */s/ Jason Gottlieb*
Jason Gottlieb (*pro hac vice*)
Modupeolu Adegoke (*pro hac vice*)

HANUSZ LAW, PC

By: */s/ John Hanusz*
John Hanusz

Attorneys for Plaintiffs Vitaly Anaykin and Konstantin Bondarev