HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 204-4200

MORRISON COHEN LLP
Jason Gottlieb (*pro hac vice*)
Email: jgottlieb@morrisoncohen.com
Modupeolu Adegoke (*pro hac vice*)
Email: dadegoke@morrisoncohen.com
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

Attorneys for Plaintiffs Vitaly Anaykin and Konstantin Bondarev

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY ANAYKIN and KONSTANTIN BONDAREV,<br><br>           Plaintiffs,<br><br>v.<br><br>NIKOLAY EVDOKIMOV, MARIA BATURA, and CRYPTONOMICS CAPITAL,<br><br>           Defendants. | Case No. 19-CV-08165-DSF-AFM<br><br>**DECLARATION OF VITALY ANAYKIN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NIKOLAY EVDOKIMOV AND CRYPTONOMICS CAPITAL** |

# DECLARATION OF VITALY ANAYKIN

I, Vitaly Anaykin, hereby declare as follows:

1. I am one of the Plaintiffs in the above-captioned action.

2. I am an individual over the age of 18 and if called upon as a witness, I could competently testify as to the following facts within my personal knowledge. I am fluent in the English language.

3. Beginning in November 2017, I made a series of investments with Defendants Nikolay Evdokimov and Cryptonomics Capital ("Defaulting Defendants").

4. From November 12, 2017 to August 27, 2018, I made the following deposits, in Bitcoin, to Cryptonomics' Portfolios:

| Anaykin's Investments with Cryptonomics | | |
|---|---|---|
| Date | Investment (in Bitcoin) | Amount of investment in US$ at that day's exchange rate |
| 12/11/2017 | 0.099 | 1,877.04 |
| 12/12/2017 | 5.969 | 113,172.24 |
| 12/13/2017 | 0.089 | 1,687.44 |
| 12/13/2017 | 5.799 | 109,949.04 |
| 12/13/2017 | 14.8486 | 281,529.46 |
| 12/19/2017 | 2.61817234 | 35,266.78 |
| 12/20/2017 | 0.199 | 2,680.53 |
| 12/22/2017 | 2.54141705 | 34,995.31 |
| 12/27/2017 | 3.12703225 | 43,059.23 |
| 12/30/2017 | 3.08552036 | 50,031.71 |
| 01/13[1]/2018 | 0.34840799 | 4,011.57 |
| 8/27/2018 | 41.17858 | 300,603.63 |
| | **TOTAL:** | **978,863.99** |

5. I note that this total number is approximately $30,000 higher than was claimed in the complaint, due to an error in my original calculations

---

[1] The Amended Complaint erroneously stated that the date of this investment was January 15, 2018. Dkt. No. 22 ("Am. Compl.") at ¶ 86.

1 pertaining to the investments in the summer of 2018.  When re-reviewing the
2 screenshots demonstrating my investments, I realized that investments I
3 attributed to June 17, 2018 were actually made on August 27, 2018, for a slightly
4 lesser amount of Bitcoin (41.17858 rather than 43.9997907).  Because the value
5 of Bitcoin was slightly higher at the time, the amount of the summer 2018
6 investment was approximately $30,000 higher (in U.S. dollars) than reported in
7 the Amended Complaint.

    6.    True and correct copies of screenshots demonstrating my investments are attached hereto as **Exhibit 1**.  This exhibit consists of screenshots from the Blockchain.com website, which (among other things) contains a record of all payments made on the Bitcoin blockchain.  On each screenshot, I have inserted a square around the particular Bitcoin transaction in question to highlight it for convenience.  Each of the screenshots shows a deposit moving from a wallet address that is under my control to a wallet that is associated with Cryptonomics.

    7.    I also maintained a personal excel spreadsheet, containing the date of each transaction and amount, in Bitcoin, deposited with Cryptonomics.  A true and correct copy of the chart detailing my transactions with Cryptonomics is attached hereto as **Exhibit 2**.  This chart shows which Cryptonomics' portfolios I deposited my Bitcoin, the date of my deposit, the amount in Bitcoin, the exchange rate, and the value of the Bitcoin in U.S. dollars.

    8.    Using the exchange rate at the time of each of the aforementioned investments, my total investment sum for both Portfolios was valued at US$978,863.99.

    9.    In addition to my investments with Cryptonomics, I also participated in its bonus-referral program, earning 2.631 BTC.  Again, as Cryptonomics' website is no longer functioning or accessible, I no longer have access to the records demonstrating this bonus referral that was granted to me.

3
DECLARATION OF VITALY ANAYKIN

10. In making these investments, I relied on the Defaulting Defendants' representations and advertisements that assured that I could make safe cryptocurrency-related investments without any prior knowledge of the industry.

11. The Defaulting Defendants guaranteed that if I divided my investment assets between Cryptonomics' investment Portfolios, I would have a rate of return ranging from 50% to 700%.

12. The Defaulting Defendants not only promised these returns on their now defunct website, but also in multiple videos posted on their YouTube Channel. Evdokimov repeatedly assured investors that any investment with Cryptonomics would yield a return ranging from 50% to 700%. If an investment was not profitable, Evdokimov personally guaranteed a refund of the investment.

13. At the time of my investments, I had no idea that the Defaulting Defendants were engaging in fraudulent behavior, including falsely advertising the profitability of Cryptonomics and its chosen investment Portfolios, and failing to properly follow federal registration laws and rules.

14. While I was assured that the Defaulting Defendants, and their experts, were directing my investments to financially sound ICO projects, the Defaulting Defendants were instead investing in unregistered and unstable cryptocurrencies in which Evdokimov had a personal stake.

15. I did not receive any profits from my investments with Cryptonomics despite Defaulting Defendants' continued assertions that they reimbursed their investors throughout 2018.

16. The Defaulting Defendants have not responded to any of my requests for a refund of my investments. To date, the Defaulting Defendants continue to hold my investments.

17. The Defaulting Defendants' actions and misrepresentations have led to millions of dollars of damages, including a loss of my investments and any potential profits. I therefore ask the Court (along with my co-plaintiff) for

4
DECLARATION OF VITALY ANAYKIN

US$8,717,497.45 in compensatory damages, punitive damages in the amount of US$8,717,497.45, and prejudgment and post-judgment interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this, the 14th day of May, 2020, in Montenegro:

By: _____
      Vitaly Anaykin

# EXHIBIT 1

| | BLOCKCHAIN.COM | Продукты | Данные | Explorer | | |
|---|---|---|---|---|---|---|
| Хэш | 4b8f612509d7b4c0989f1689d27ef46d7093... | | | | | 2017-12-11 18:39 |
| | 3QW8c5arBdqhPBwS... 186.38747496 BTC → | | | | 15s1vd2Zpf9GSDhVvdk... | 0.06040000 BTC |
| | | | | | 12ySeSC7zdoDkrY27q... | 3.44479000 BTC |
| | | | | | 1EtU8n1q7N64paH88Lj... | 0.03117000 BTC |
| | | | | | 3L2qSXrhG7ZowhUnN... | 1.99900000 BTC |
| | | | | | 1JKaKMbqXjiDxtLU2JC... | 0.15070000 BTC |
| | | | | | 1GmqtTSQyiaX6pFV9b... | 0.00923000 BTC |
| | | | | | 16HiCfZd4maybhQBRBh... | 0.01238918 BTC |
| | | | | | 34BGMtFRw1RzGXAKK... | 0.02828000 BTC |
| | | | | | 19ZSkY8oVnrfiDdaPEE... | 0.12090000 BTC |
| | | | | | **1DTbbp5UdHXUNCg2N...** | **0.09900000 BTC** |
| | | | | | 3Mz4HqDcMnrUMLwR... | 0.00400000 BTC |
| | | | | | 1BRXA7ko9ntMhZJWpu... | 0.03550000 BTC |
| | | | | | 1MFMGH7R5fekungoy5... | 0.01426000 BTC |
| | | | | | 15PH87yZdNeqDeSuc... | 0.09900000 BTC |
| | | | | | 32d1oQXqcFEQpe26... | 180.27630646 BTC |
| Комиссия | 0.00254932 BTC (302.770 sat/B - 97.825 sat/WU - 842 bytes) | | | | | **+0.09900000 BTC** |

| | | | | |
|---|---|---|---|---|
| **BLOCKCHAIN.COM** | Продукты | Данные | Explorer | 🔍 |

| | | | |
|---|---|---|---|
| Хэш | 52d3bcbaaebba62ab16936c83aaecc63516... | | 2017-12-12 10:12 |
| | 3EF9GPaxANMLd2b9... 98.49759539 BTC 🌐 → | 15vNkRVzaUScGReme... | 0.29900000 BTC 🌐 |
| | | 199maaSyJHBY4qBFo7... | 0.15058000 BTC 🌐 |
| | | **1DTbbp5UdHXUNCg2N...** | **5.96900000 BTC** 🌐 |
| | | 3M7PwKEVUfjTZvPxh... | 92.07799015 BTC 🌐 |
| Комиссия | 0.00102524 BTC (215.840 sat/B - 90.330 sat/WU - 475 bytes) | | **+5.96900000 BTC** |

| | | | | |
|---|---|---|---|---|
| **BLOCKCHAIN.COM** | | Продукты | Данные | Explorer 🔍 |

| Хэш | 63d21d590e170e2040e69f42d0afba25f0bb... | | | 2017-12-13 09:16 |
|---|---|---|---|---|
| | 3EeDad5mfHJPJEEN... 637.31630644 BTC 🌐 | ➡ | 38t6zaaoZBwx3u9ceg... | 0.02503000 BTC 🌐 |
| | | | 14Gnmbp485qH9CXga... | 0.14700000 BTC 🌐 |
| | | | 1CeF29SDkMLK6djATV... | 0.04987000 BTC 🌐 |
| | | | **1DTbbp5UdHXUNCg2N...** | **0.08900000 BTC** 🌐 |
| | | | 349BQ3FPEeZkzwHUsi... | 0.59900000 BTC 🌐 |
| | | | 1BLYymPKNR5mpC98u... | 0.00400000 BTC 🌐 |
| | | | 1E5Duq1tXQY5eK81Ugb... | 0.13900000 BTC 🌐 |
| | | | 33fQaz8ZC6FQeDSbU... | 0.00400000 BTC 🌐 |
| | | | 37jX3UscMjAGmq2G... | 636.25766372 BTC 🌐 |
| Комиссия | 0.00174272 BTC<br>(272.300 sat/B - 97.250 sat/WU - 640 bytes) | | | **+0.08900000 BTC** |





**BLOCKCHAIN.COM**    Продукты    Данные    Explorer

| Address | Amount |
|---|---|
| 1UbzryNdQby9OCnKTd... | 0.43850005 BTC |
| 31ysNEAVbLMg4ZLVc5... | 0.39900000 BTC |
| 18cUxDBPHSzQeh8wh... | 0.00328733 BTC |
| 13P9BxpJt21UWkgm2U... | 0.00457472 BTC |
| 1BRbLGmsHRYYybyUW... | 0.00700000 BTC |
| 3NNtm8apGp6RxHeUq... | 0.06762800 BTC |
| **1DTbbp5UdHXUNCg2N...** | **2.61817234 BTC** |
| 1PgVE9axCTwbN2nVPf... | 0.01293629 BTC |
| 1QG8pUJYgGjpJVstUU... | 0.27150208 BTC |
| 1NUFiSk9yPQfKrAP8cS... | 0.09772463 BTC |
| 1HeBJLLRJHapHgsa7dY... | 0.18110894 BTC |
| 18fJVpw5cGCVCCtsTQ... | 0.00900000 BTC |
| 19j73nTHHtfZzA4rsWni... | 0.02990314 BTC |
| 1BFL1sJdB6YRN3YxueL... | 0.01802417 BTC |
| 12yPAUjQoAyJcgsKaGg... | 0.10000000 BTC |
| 19s2qXBcqxkLvp6g1sk... | 0.04000000 BTC |

Загрузить больше выходов ... (87 осталось)

Комиссия    0.21777631 BTC
(589.988 sat/B - 147.497 sat/WU - 36912 byte)

**+2.61817234 BTC**

# BLOCKCHAIN.COM    Продукты    Данные    Explorer

| Хэш | 07a0b72781e3bf56f3fc84cdf7cd01a244cca... | | | 2017-12-20 11:11 |
|---|---|---|---|---|
| | 3NVN8qmpVxDBwF1a... 32.46891729 BTC | → | 1DTbbp5UdHXUNCg2N... | 0.19900000 BTC |
| | | | 1EyYEteBGsEQcUhfnHa... | 1.34774000 BTC |
| | | | 1AUvzwyGvCWHfh4T3... | 0.91753000 BTC |
| | | | 1HuQ6YkzzzhWgyT25M... | 1.52159000 BTC |
| | | | 1JARysxDJwAzgE9kCak... | 0.51100000 BTC |
| | | | 19yU6s5iPb8ueh3mhx1... | 0.29900000 BTC |
| | | | 3H8fV2merdAiLHYsrK... | 27.67059847 BTC |
| Комиссия | 0.00245882 BTC (426.878 sat/B - 159.457 sat/WU - 576 bytes) | | | +0.19900000 BTC |

**BLOCKCHAIN.COM**    Продукты    Данные    Explorer

| Адрес | Сумма |
|---|---|
| 1LQEQPbpgUJZM5Kgd... | 0.02825463 BTC |
| 38cjcaNnCnC4qTfYJZa... | 5.99900000 BTC |
| 134iv59STsTxWZjSAv8... | 0.10000000 BTC |
| 1JZFvq5TwSXrN5CR5... | 0.34000000 BTC |
| 1FSC4efuAP5yiFkdbW... | 0.02033204 BTC |
| 1NqSxB9zFYMqWxMA... | 0.04345148 BTC |
| 1DXNRS622PAZfSyCXr... | 0.04297952 BTC |
| 1PDV8F9JzpQETgPNKyJ... | 0.01431183 BTC |
| 1CwJuMEsSaRT4pycW... | 4.49900000 BTC |
| 3AUQqe6n77nmCZLa3... | 0.31200000 BTC |
| 15yjKssSc2k3pp7mcRc... | 3.25736489 BTC |
| 1KMHejo71kepYZgDjw... | 0.02400000 BTC |
| 1MSrrjTdw4ArvJLuerqej... | 0.03417392 BTC |
| 1AvaePVAseHgYUzNu3... | 0.05900000 BTC |
| **16J9goEmqz9b4jKrF8rt...** | **2.54141705 BTC** |

Загрузить больше выходов ... (36 осталось)

Комиссия   0.45802058 BTC
(1422.027 sat/B - 355.507 sat/WU - 32209 byt

**+2.54141705 BTC**



**BLOCKCHAIN.COM**   Продукты   Данные   Explorer

| Адрес | Сумма |
|---|---|
| 1FZJxqGwKGtgmgF1Yq... | 0.00640741 BTC |
| 1Psm9E1hAE33JrDMW... | 0.00727270 BTC |
| 1Lz7dhfbAghvkNeggLE... | 0.12000000 BTC |
| 3CzQ1DARQy3Arqpa6... | 0.99900000 BTC |
| 17ZNySftgBdEX8rdNQx... | 0.02768170 BTC |
| 1eWLvbVNr5K7Qc5vxX... | 0.26654568 BTC |
| 1KtADWoHK3gVGvT2v9... | 0.00915751 BTC |
| 39s87CuQr1QYErAujCW... | 5.10518814 BTC |
| 1CVHZTagxwYT4n15e2... | 0.03852967 BTC |
| 1FiqJePUxVgAebyUQuj... | 0.00458830 BTC |
| 1KJV67RGwc3cmdyvn... | 0.02900000 BTC |
| **16J9goEmqz9b4jKrF8rt...** | **3.08552036 BTC** |
| 3P9Ff4mEHLRGG95NY... | 0.06582780 BTC |
| 11LZ4dJxUw5xisCYZjp... | 0.40900000 BTC |

Загрузить больше выходов ... (28 осталось)

Комиссия   0.41085372 BTC
(1299.471 sat/B - 324.868 sat/WU - 31617 byte

**+3.08552036 BTC**



**BLOCKCHAIN.COM**　　Продукты　　Данные　　Explorer

| Хэш | c10122a56338b929182d4886499db8d81d... | | | 2018-08-24 15:36 |
|---|---|---|---|---|
| | 3K2JgtivvffHhaV47U... | 31.50344998 BTC | → | 16J9goEmqz9b4jKrF8r... 41.17858000 BTC |
| | 3K2JgtivvffHhaV47Uw7... | 9.67514846 BTC | | 3Mbr3VBmnbLifTeSHy... 0.00001503 BTC |
| Комиссия | 0.00000341 BTC (0.510 sat/B - 0.252 sat/WU - 668 bytes) | | | +41.17858000 BTC |

# EXHIBIT 2

| | Anaykin Investments in Cryptonomics | | | |
|---|---|---|---|---|
| Name | Date | BTC amount | Exchange rate | US$ amount |
| Cryptonomics Fund I (Portfolio 2) | 12.11.2017 | 0.09900000 | 18,960 | 1,877.04 |
| Cryptonomics Fund I (Portfolio 2) | 12.12.2017 | 5.96900000 | 18,960 | 113,172.24 |
| Cryptonomics Fund I (Portfolio 2) | 12.13.2017 | 0.08900000 | 18,960 | 1,687.44 |
| Cryptonomics Fund I (Portfolio 2) | 12.13.2017 | 5.79900000 | 18,960 | 109,949.04 |
| Cryptonomics Fund I (Portfolio 2) | 12.13.2017 | 14.848600 | 18,960 | 281,529.46 |
| Cryptonomics Fund I (Portfolio 2) | 12.19.2017 | 2.61817234 | 13,470 | 35,266.78 |
| Cryptonomics Fund I (Portfolio 2) | 12.20.2017 | 0.19900000 | 13,470 | 2,680.53 |
| | **Fund I** | **29.62177234** | | **546,162.53** |
| Cryptonomics Fund II (Portfolio 2) | 12.22.2017 | 2.54141705 | 13,770 | 34,995.31 |
| Cryptonomics Fund II (Portfolio 2) | 12.27.2017 | 3.12703225 | 13,770 | 43,059.23 |
| Cryptonomics Fund II (Portfolio 2) | 12.30.2017 | 3.08552036 | 16,215 | 50,031.71 |
| Referral percentage | 01.15.2018 | 0.34840799 | 11,514 | 4,011.57 |
| | | | | - |
| | | 9.10237765 | | 132,097.83 |
| | | | | |
| Cryptonomics Fund II (Portfolio 1) | 08.27.2018 | 41.17858000 | 7,300 | 300,603.63 |
| | **Fund II** | **50.28096** | | |
| | | | Total Investment Value US $: | 978,863.99 |