HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 204-4200

MORRISON COHEN LLP
Jason Gottlieb (*pro hac vice*)
Email: jgottlieb@morrisoncohen.com
Modupeolu Adegoke (*pro hac vice*)
Email: dadegoke@morrisoncohen.com
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

Attorneys for Plaintiffs Vitaly Anaykin and Konstantin Bondarev

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY ANAYKIN and KONSTANTIN BONDAREV,<br><br>     Plaintiffs,<br><br>  v.<br><br>NIKOLAY EVDOKIMOV, MARIA BATURA, and CRYPTONOMICS CAPITAL,<br><br>     Defendants. | Case No. 19-CV-08165-DSF-AFM<br><br>**DECLARATION OF KONSTANTIN BONDAREV IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NIKOLAY EVDOKIMOV AND CRYPTONOMICS CAPITAL** |

1

## DECLARATION OF KONSTANTIN BONDAREV

I, Konstantin Bondarev, hereby declare as follows:

1.      I am one of the Plaintiffs in the above-captioned action.

2.      I am an individual over the age of 18 and if called upon as a witness, I could competently testify as to the following facts within my personal knowledge.

3.      I am a native Russian speaker, and I do not speak English fluently. I have read this statement in English, and had it translated to Russian for me, and I can swear by its contents under penalty of perjury of the laws of the United States.

4.      Starting from the beginning of 2018, I made a series of investments with Defendants Nikolay Evdokimov and Cryptonomics Capital ("Defaulting Defendants").

5.      In 2018, I made a series of deposits, in Bitcoin, to Cryptonomics' Portfolio, which in total were (at the time) worth approximately US$121,600.

6.      I do not have surviving paper or electronic records of these transactions. My deposits were made from five different accounts, and made serially in very small amounts (often fractions of Bitcoins). Each of these amounts came from different cryptocurrency wallets, meaning that there would be a great many records. Thus, I did not maintain these records on my side – doing so would be quite complicated and document-intensive. Instead, I relied on the Cryptonomics system to maintain all the records electronically. When Cryptonomics shut down, its website become non-functional, and I lost all record of all of these transactions. I only know the total approximate amount of my investments; US$121,600.

7.      In making my investments, I relied on the Defaulting Defendants' representations and advertisements that investors, such as myself, could make

safe cryptocurrency-related investments without any prior knowledge of the industry.

8.    The Defaulting Defendants repeatedly stated that by dividing my investment assets between Cryptonomics' investment Portfolios, I would have a rate of return ranging from 50% to 700%.

9.    To maximize my profits, I divided my investments between Portfolio 1 and 2, as suggested by the Defaulting Defendants.

10.    In a video posted on Cryptonomics' YouTube Channel, Evdokimov assured investors that if any investment with Cryptonomics failed to yield a profitable return, he would personally refund the investment.

11.    At the time of my deposits, I had no idea that the Defaulting Defendants were engaging in fraudulent behavior, including falsely advertising the profitability of Cryptonomics and its chosen investment Portfolios, and failing to properly follow U.S. registration laws and rules.

12.    While I was assured that the Defaulting Defendants, and their experts, were directing my investments to financially sound projects, the Defaulting Defendants were instead investing in unregistered and unstable cryptocurrencies in which Evdokimov had a personal stake.

13.    I did not receive any profits or returns from my investments with Cryptonomics.

14.    The Defaulting Defendants have not responded to any of my requests for a refund. To date, the Defaulting Defendants continue to hold my investments.

15.    The Defaulting Defendants' actions and misrepresentations have led to millions of dollars of damages, including a loss of my investments and any potential profits.  I therefore ask the Court (along with my co-plaintiff) for

DECLARATION OF KONSTANTIN BONDAREV

$8,717,497.45 in compensatory damages, punitive damages in the amount of $8,717,497.45, and prejudgment and post-judgment interest.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this, the 1st day of May, 2020, at Moscow, Russia:

By:  _____
     Konstantin Bondarev

DECLARATION OF KONSTANTIN BONDAREV