HANUSZ LAW, PC
John Hanusz (SBN 277367)
Email: john@hanuszlaw.com
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 204-4200

MORRISON COHEN LLP
Jason Gottlieb (*pro hac vice*)
Email: jgottlieb@morrisoncohen.com
Modupeolu Adegoke (*pro hac vice*)
Email: dadegoke@morrisoncohen.com
909 Third Avenue
New York, New York 10022
Telephone: (212) 735-8600
Facsimile: (212) 735-8708

Attorneys for Plaintiffs Vitaly Anaykin and Konstantin Bondarev

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY ANAYKIN and KONSTANTIN BONDAREV,<br><br>Plaintiffs,<br><br>v.<br><br>NIKOLAY EVDOKIMOV, MARIA BATURA, and CRYPTONOMICS CAPITAL,<br><br>Defendants. | Case No. 19-CV-08165-DSF-AFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS VITALY ANAYKIN AND KONSTANTIN BONDAREV'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS NIKOLAY EVDOKIMOV AND CRYPTONOMICS CAPITAL** |

After consideration of Plaintiffs' renewed motion for default judgment by the Court against Defendants Nikolay Evdokimov and Cryptonomics Capital, all other papers filed herein, the files and records of the case, and good cause appearing, the Court hereby orders as follows:

1    IT IS HEREBY ORDERED that Plaintiffs' motion is granted in its

2    entirety; and

3    IT IS HEREBY ORDERED that judgment is entered for Plaintiffs against

4    Defendants Nikolay Evdokimov and Cryptonomics Capital.  Plaintiffs are hereby

5    awarded compensatory damages in the amount of $8,717,497.45; punitive

6    damages in the amount of $8,717,497.45; prejudgment interest of $1,709,462.80

7    (increasing by $1,671.85 per day thereafter, through judgment); and post-

8    judgment interest as provided by law from the date of entry of judgment until the

9    date the judgment is paid in full.

10

11   Dated: June ___, 2021

12                                                 _____
                                                   HON. DALE S. FISCHER
13                                                 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER