JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITALY ANAYKIN, et al.,<br>    Plaintiffs,<br><br>           v.<br><br>NIKOLAY EVDOKIMOV, et al.,<br>    Defendants. | CV 19-8165 DSF (AFMx)<br><br><br>JUDGMENT |

The Court having granted a motion for default judgment,

IT IS ORDERED AND ADJUDGED that Plaintiffs recover from Defendants Nikolay Evdokimov and Cryptonomics Capital damages of $5,715,527.97, $1,160,800.24 in prejudgment interest, costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and postjudgment interest as otherwise allowed by law.

Date: July 20, 2021

Dale S. Fischer
United States District Judge